UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO:

DIP SHIPPING COMPANY, LLC., Individually
and f/u/b/o AGCS MARINE INSURANCE
COMPANY,

         Plaintiffs,

vs.

KING OCEAN SERVICES LTD. a/k/a
KING OCEAN SERVICES LIMITED
(CAYMAN ISLANDS) INCORPORATED,
MS "BAGHIRA" SHIPPING GMBH & CO. KG,
ROHDEN BEREEDERUNG GMBH & CO. KG,
a/k/a GRS ROHDEN SHIPPING GMBH & CO, KG,
in personam and the M/V "BAGHIRA",
her engines, tackles, boilers, etc., in rem,

         Defendants.

_____/

## VERIFIED COMPLAINT

COME NOW the Plaintiffs, DIP SHIPPING COMPANY, LLC., Individually and f/u/b/o AGCS MARINE INSURANCE COMPANY, by and through their undersigned attorney, and sue the Defendants, KING OCEAN SERVICES LTD. a/k/a KING OCEAN SERVICES LIMITED (CAYMAN ISLANDS) INCORPORATION, MS "BAGHIRA" SHIPPING GMBH & CO. KG, ROHDEN BEREEDERUNG GMBH & Co. KG. a/k/a GRS ROHDEN SHIPPING GMBH & CO, KG, in personam and the M/V "BAGHIRA", her engines, tackles, boilers, etc., in rem and allege that:

    1.    This is a claim of Admiralty and Maritime Jurisdiction as hereinafter more fully appears, and is an Admiralty and Maritime Claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

2. The Plaintiff, DIP SHIPPING COMPANY, LLC. (hereinafter "DIP SHIPPING") is an active and registered Florida corporation, with offices in Miami-Dade County, Florida and was the purchaser, owner, exporter and/or shipper of the cargo described herein and is entitled to maintain this action.

3. The Use Plaintiff, AGCS MARINE INSURANCE COMPANY, (hereinafter "AGCS") is a foreign corporation with offices in Chicago, Illinois, was and is the insurer of the cargo described herein, against whom claims have been presented and paid, and is subrogated thereto and is entitled to maintain this action.

4. The Plaintiffs bring this action on their behalf and as assignee and/or agent and/or trustee on behalf of all parties that may be or may become interested with respect to said cargo as their respective interests may ultimately appear, and are entitled to maintain this action.

4. The Defendant, KING OCEAN SERVICES LTD. a/k/a KING OCEAN SERVICES LIMITED (CAYMAN ISLANDS) INCORPORATED, <u>in personam</u>, (hereinafter "KING OCEAN") is a foreign corporation with offices in Miami-Dade County, Florida and doing business in Miami-Dade County and Broward County Florida as a non vessel owing common carrier (NVOCC) of merchandise-by-water-for-hire and at all times material hereto was the operator, manager and/or charterer of the M/V "BAGHIRA".

5. The Defendant, MS "BAGHIRA" SHIPPING GMBH & CO. KG (hereinafter "BSGC") is a foreign German corporation with offices in Hamburg, Germany and doing business in the Broward County State of Florida as a common carrier of merchandise-by-water-for-hire and at all times material hereto was the owner, operator, manager and/or charterer of the M/V "BAGHIRA".

6. The Defendant, ROHDEN BEREEDERUNG GMBH & Co. KG. a/k/a GRS ROHDEN SHIPPING GMBH & CO, KG, (hereinafter "ROHDEN") is a foreign German corporation with offices in Hamburg, Germany and doing business in the Broward County State of Florida as a common carrier of merchandise-by-water-for-hire and at all times material hereto was the owner, operator, manager and/or charterer of the M/V "BAGHIRA".

7. On or about August 5, 2012, at Port Everglades, Florida the Defendants, KING OCEAN, BSGC and ROHDEN accepted a shipment consisting of 212 cartons of cargo that included furniture, home items, clothes, souvenirs, etc., for transportation to La Ceiba, Honduras. See KING OCEAN's Bill of Lading No. #PEVHON03802 attached hereto as Exhibit "A".

8. At the time of receipt by the Defendants, KING OCEAN, BSGC and ROHDEN said cargos were in good order and sound condition and as evidence thereof, the Defendant, KING OCEAN issued its Bill of Lading No. #PEVHON03802, without exceptions.

9. Upon information and belief, on or about August 7, 2012, many containers of cargo including the one containing Plaintiffs' cargo were lost overboard allegedly due to heavy seas.

10. As a result thereof, the Plaintiffs' cargo was totally lost and the Plaintiffs have suffered damages in the amount of Two Hundred Eighty Seven Thousand Five Hundred Thirty Two and 00/100 ($287,532.00) Dollars. The Plaintiffs reserve the right to amend this amount at the time of trial.

11. The M/V "BAGHIRA" is now or will be during the pendency of this action within the Admiralty and Maritime Jurisdiction of this Court.

12. That Plaintiffs have complied with all conditions precedent to the bringing of this action.

## COUNT I

The Plaintiffs reallege and repeat paragraphs 1 through 12 as if set forth herein at length and allege further that:

13. The Defendants contracted and agreed to deliver said cargo in the same good order and condition as when received and as evidence of that agreement, Defendant, KING OCEAN issued its Bill of Lading a copy of which is attached hereto as Exhibit "A".

14. The Defendants breached their contract of carriage by failing to deliver the cargo in the same good order and condition as when received.

15. As a result thereof, the Plaintiffs have been damaged in the total amount of Two Hundred Eighty Seven Thousand Five Hundred Thirty Two and 00/100 ($287,532.00) Dollars. The Plaintiffs reserve the right to amend this amount at the time of trial.

## COUNT II

The Plaintiffs reallege and repeat paragraphs 1 through 12, as if set forth herein at length and allege further the following:

16. The Defendants and said vessel accepted said cargo so shipped and delivered to said Defendants and in consideration of certain freight charges, paid or agreed to be paid, agreed to transport said shipment from Port Everglades, FL to La Ceiba, Honduras via the M/V "BAGHIRA" and to deliver the same in like good order and condition as when shipped, delivered to and received by said vessel and by said Defendants all in accordance with valid terms of the aforementioned bill of lading then and there signed and delivered to the shipper by the Master and/or agents of said vessel and said Defendants.

17. Thereafter, the Defendant, KING OCEAN, loaded said cargo on board the M/V "BAGHIRA" and the vessel having said cargo on board, sailed from Port Everglades with destination to La Ceiba, Honduras but during the transportation thereof the Plaintiffs' container was lost overboard.

18. As a result thereof, the Plaintiffs have been damaged in the amount of Two Hundred Eighty Seven Thousand Five Hundred Thirty Two and 00/100 ($287,532.00) Dollars.  The Plaintiff reserves the right to amend this amount at time of trial.

19. By reason of these premises, the Plaintiffs have a maritime lien on the M/V "BAGHIRA".

**WHEREFORE**, the Plaintiffs, DIP SHIPPING COMPANY, LLC. ., Individually and f/u/b/o AGCS MARINE INSURANCE COMPANY, pray for the following:

A) Process in due form of law according to the rules and practice of this Court in causes in Maritime and Admiralty Jurisdiction may issue against Defendants, KING OCEAN SERVICES LTD. a/k/a KING OCEAN SERVICES LIMITED (CAYMAN ISLANDS) INCORPORATION,  MS "BAGHIRA" SHIPPING GMBH & CO. KG,  ROHDEN BEREEDERUNG GMBH & Co. KG. a/k/a GRS ROHDEN SHIPPING GMBH & CO, KG, in personam and the M/V "BAGHIRA", her engines, tackles, boilers, in rem, citing all persons claiming an interest to appear and under oath answer all and singular the matters stated above,

B) Warrant of Arrest be issued against the M/V "BAGHIRA", her engines, tackles, boilers, appurtenances, etc., and that this Court order and adjudge that the M/V "BAGHIRA" be condemned and sold to pay the amount due the Plaintiffs, DIP SHIPPING COMPANY, LLC., and AGSC together with prejudgment

   interest, costs and for such further relief that justice may require and that the Court may deem just and proper and further, and

C) Judgment be entered against the Defendants, in favor of the Plaintiffs in the amount of Two Hundred Eighty Seven Thousand Five Hundred Thirty Two and 00/100 ($287,532.00) Dollars or as otherwise determined by this Court together with prejudgment interest, costs and such other relief as this Court may deem just and proper.

June 20, 2013
Miami, Florida

        Respectfully Submitted,

        *S/William E. Cassidy*

By: _____
  WILLIAM E. CASSIDY, ESQUIRE
  F.B.N. FBN 266477
  e-mail: wcassidy@marlaw.com
  CASSIDY & BLACK, P.A.
  Dadeland Square at the Greenery Mall
  7700 North Kendall Drive, Suite 505
  Miami, Florida 33156
  Tel: (305) 271-8301
  Fax: (305) 271-8302
  *Attorneys for Plaintiffs*